**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN THE INT. OF: T.Q.B., A MINOR       :  No. 35 MAL 2023
:
:
PETITION OF: T.Q.B., A MINOR        :  Petition for Allowance of Appeal
                                       :  from the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 31st day of May, 2023, the Petition for Allowance of Appeal is **GRANTED**. The issue, rephrased for clarity, is:

> Whether, in addressing an issue of first impression, the Superior Court panel erred as a matter of law in affirming Petitioner's adjudication of delinquency for transmission of sexually explicit images by construing the statute's definition of "nudity" under 18 Pa.C.S. § 6321(g), which includes "[t]he showing of the female breast with less than a fully opaque covering of any portion thereof below the top of the nipple[,]" as not requiring a showing of the nipple.